IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LEEANN I. MOKIAO, | ) | CV 21-00362 JAO-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| HAWAIIAN ELECTRIC LIGHT | ) | RECOMMENDATION TO DENY |
| COMPANY, INC., | ) | DEFENDANT HAWAIIAN |
| | ) | ELECTRIC LIGHT COMPANY, |
| Defendant. | ) | INC.'S MOTION FOR |
| _____ | ) | ATTORNEYS' FEES AND COSTS |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY DEFENDANT HAWAIIAN ELECTRIC LIGHT COMPANY, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS

Findings and Recommendation having been filed and served on all parties on December 21, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, January 5, 2024.



Jill A. Otake
United States District Judge